# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br>Milton Adan ARMENTA-Figueroa,<br><br><br>　　　　　　Defendant. | Magistrate Docket No.<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation |

The undersigned complainant being, duly sworn, states:

On or about March 14, 2021 within the Southern District of California, defendant Milton Adan ARMENTA-Figueroa, knowingly or in reckless disregard of the fact that certain aliens, namely, Rene AVILA-Delgado, Jesus GARCIA-Pedraza and Jose Antonio RAMOS-Rios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　Matthew R. Kucewicz
　　　　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 15, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. LINDA LOPEZ
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Milton Adan ARMENTA-Figueroa

## PROBABLE CAUSE STATEMENT

The complainant states that Rene AVILA-Delgado, Jesus GARCIA-Pedraza and Jose Antonio RAMOS-Rios, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 13, 2021 at approximately 11:30 PM, United States Customs and Border Protection, Air and Marine helicopter, callsign TROY, observed a vessel of interest, just south of the United States/Mexico Maritime Border. This vessel appeared to have many people onboard and was not displaying any navigation lights. Utilizing radar surveillance and infrared technology, TROY was able to maintain surveillance on the vessel. TROY relayed their observations to Air and Marine Agents onboard a Customs and Border Protection's Coastal Interceptor Vessel (boat). On March 14, 2021, at approximately 3:54 AM, TROY observed the vessel of interest cross into United States Territorial Waters. At approximately 4:05 AM, Marine Interdiction Agents aboard the Coastal Interceptor Vessel decided to engage the vessel. Marine Interedition Agents activated lights and sirens to identify themselves as law enforcement agents. The vessel yielded. Agents noticed that the vessel was overloaded with people and was unstable. An agent asked the individuals on the vessel where they came from, to which several individuals replied "Mexico." Agents believed that this was a smuggling event, and escorted the vessel to Ballast Point, San Diego, where a Border Patrol agent could conduct an immigration inspection on the group.

On March 14, 2021, Border Patrol Agent C. Rollins, was assigned to the Imperial Beach Border Patrol Station's Coastal Border Enforcement Team, while working in the Imperial Beach Border Patrol Station's Area of Responsibility.

At approximately 5:35 AM, Agent Rollins responded to a request to conduct an immigration evaluation of approximately twenty individuals at Ballast Point, Point Loma Naval Base, in San Diego, California. Ballast Point is approximately 15 miles northwest from the San Ysidro port of entry and is approximately one mile west of the Port of San Diego, California.

Upon arrival at Ballast Point, Agent Rollins observed Customs and Border Protection's office of Air and Marine, Marine Interdiction Agents on scene. The agents were with the captured vessel and 23 individuals. At approximately 6:10 AM, Agent Rollins received a synopsis of the

**CONTINUATION OF COMPLAINT:**
Milton Adan ARMENTA-Figueroa

Marine Interdiction Agent's encounter with these individuals. Agent Rollins identified himself as a Border Patrol Agent and conducted an immigration inspection on each individual. Each individual, including one later identified as the defendant Milton Adan ARMENTA-Figueroa, stated they were citizens of Mexico without immigration documents to allow them to enter or remain in the United States. The remaining individuals were later identified as Angel AMBRIZ-Cruz, Arturo AMBRIZ-Ortiz, Rene AVILA-Delgado, Jorge BECERRA-Pena, Heriberto BELTRAN-Ibarra, Elsida CARDENAS-Monje, Henri CARVAJAL-Ortiz, Rigoberto CORTES-Rangel, Ernesto FIGUEROA-Zaragoza, Arturo FRANCISCO-Ventura, Jesus GARCIA-Pedraza, Mauricio IBANEZ-Leon, Javier LEON-Martinez, Daniel LOPEZ-Vasquez, Jose Isabel LOZANO-Barba, Cosme MATEOS-Francisco, Jose Antonio RAMOS-Rios, Jose RODRIGUEZ-Gomez, Sergio RODRIGUEZ-Jasso, Heradio SANCHEZ-Merino, Magdaleno SANCHEZ-Merino, and Paulino VENEGAS-Ramos. All individuals admitted that they intended to illegally enter the United States aboard the vessel. The Marine Interdiction Agents identified Milton Adan ARMENTA-Figueroa, as the vessel operator. At approximately 6:35 AM, Agent Rollins placed all 23 individuals, including AREMENTA, under arrest.

At the station, Defendant Milton Adan ARMENTA-Figueroa was advised of his Miranda rights. ARMENTA stated he understood and was willing was willing to answer questions without an attorney present. ARMENTA stated he works as a fisherman in Sinaloa, Mexico. ARMENTA stated that he was looking for a way to make some extra income out of necessity. ARMENTA stated that an unknown smuggler offered to pay him $15,000.00 USD upon successfully smuggling undocumented aliens into the United States. ARMENTA stated that the smuggler paid him $3000.00 Mexican Pesos in advanced for him to travel to Tijuana, Baja California, Mexico. ARMENTA admitted to being the captain of the boat and understood that smuggling was illegal. ARMENTA stated that approximately fifteen days ago he traveled from Sinaloa to Tijuana via airplane and was staying with a relative in Tijuana. ARMENTA stated that on occasions he would be picked up by unknown smugglers and taken to Rosarito, Baja California, Mexico to work and familiarize himself with the boat. ARMENTA stated that on March 13, 2021, at approximately 6:00 PM, he was picked up by a taxi and taken to Salinas, Rosarito. Shortly after a pickup truck arrived and dropped off the boat. ARMENTA stated that there he was met by the rest of the group. ARMENTA stated that in the case of apprehension he was instructed to discard the GPS and his cell phone in the ocean. ARMENTA stated that on March 13, 2021, at approximately 9:00 PM, he and the rest of the group departed Rosarito with the intentions of coming to the United States illegally. ARMENTA stated that he was instructed to make landfall, drop off the group and return to Mexico. ARMENTA stated that he provided the group of illegal aliens with water and life vests.

**CONTINUATION OF COMPLAINT:**
**Milton Adan ARMENTA-Figueroa**

Material witnesses AVILA, GARCIA and RAMOS admitted to being citizens of Mexico illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally. AVILA, GARCIA and RAMOS admitted to making smuggling arrangements and agreed to pay fees ranging from $7000.00 USD-$14000.00 USD if successfully smuggled into the United States. AVILA, GARCIA and RAMOS stated that they were taken to a beach in Ensenada, Mexico in order be smuggled into the United States via boat.  Once at the beach, AVILA, GARCIA and RAMOS were boarded into a boat and taken out to sea.  AVILA, GARCIA and RAMOS made illegal entry into the United States on or about March 14, 2021.  GARCIA stated that he meet the defendant Milton ARMENTA-Figueroa in Ensenada, Baja California Mexico and identified him as the boat captain. ARMENTA and RAMOS stated that they assisted with refueling the boat while they were out at sea.